**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO W. LASSITER, | ) | |
| | ) | Case No.13-cv-3399 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Chang |
| | ) | Mag. Judge Rowland |
| FEDEX GROUND PACKAGE SYSTEM, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Antonio W. Lassiter and FedEx Ground Package System, Inc., by and through their attorneys, hereby stipulate to the dismissal of the above-captioned matter with prejudice.

ANTONIO W. LASSITER

By: /s/ Michael P. Tomlinson
    Michael P. Tomlinson
    Michael P. Munley
    Tomlinson Law Office, P.C.
    8501 W. Higgins Road, Suite 420
    Chicago, IL 60631
    Phone: (312) 715-8770
    Fax: (866) 625-7089
    mtomlinson@tomlinson-law.com
    mmunley@tomlinson-law.com
    *Attorney for Plaintiff*

FEDEX GROUND PACKAGE
SYSTEM, INC.

By: /s/ Thomas F. Hurka
    Thomas F. Hurka
    Valerie E. Manos
    Morgan, Lewis & Bockius LLP
    77 W. Wacker Drive
    Chicago, Illinois 60601
    Phone: (312) 324-1735
    Fax: (312) 324-1001
    thurka@morganlewis.com
    vmanos@morganlewis.com
    *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I, Michael P. Tomlinson, an attorney, hereby certify that on June 4, 2014, I electronically filed the foregoing **Stipulation of Dismissal** with the Clerk of the Court using the CM/ECF system, which will send electronic notice of such filing to the following counsel:

Thomas F. Hurka
Valerie E. Manos
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive
Chicago, Illinois  60601
Phone: (312) 324-1735
Fax: (312) 324-1001
thurka@morganlewis.com
vmanos@morganlewis.com
*Attorney for Defendant*

                      /s/  Michael P. Tomlinson
                         Michael P. Tomlinson